*William B. Westcott*, in support of the petition.

*Sarah Hanna*, special deputy assistant state's attorney, in opposition.

Decided March 2, 2005

CHARLOTTE L. KELMAN *v.* DAVID A. KELMAN

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 120 (AC 24822), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Kenneth J. Bartschi*, *Wesley W. Horton* and *Ronald Crawley*, certified legal intern, in support of the petition.

*Edith F. McClure*, in opposition.

Decided March 2, 2005

STATE OF CONNECTICUT *v.* JEROME H. BLOOM

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 463 (AC 24915), is denied.

*Jerome H. Bloom*, pro se, in support of the petition.

*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided March 2, 2005